977 A.2d 1086

Michael Evan KEELING, Petitioner

v.

The OFFICES OF SUPERIOR COURTS
[sic], Prothonotary, Respondent.

No. 74 EM 2009.

Supreme Court of Pennsylvania.

July 21, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

977 A.2d 1086

COMMONWEALTH of Pennsylvania, Respondent

v.

Alexander BROWN, Petitioner.

No. 78 EM 2009.

Supreme Court of Pennsylvania.

July 21, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**